BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBRA ANN JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:13-cv-01097-CKD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended for 30 days until March 7, 2014.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defense counsel was reassigned this case from another attorney and needs additional time to further review the file and prepare a response in this matter due to a heavy workload, despite due diligence.

    /////

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

LAW OFFICE OF RICHARD WHITAKER

Dated: February 5, 2014                 /s/ Richard Allen Whitaker*
                                        (*as authorized via email on 2/5/14)
                                        RICHARD ALLEN WHITAKER
                                        Attorney for Plaintiff


Dated: February 5, 2014                 BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                                  By:   /s/ Lynn M. Harada
                                        LYNN M. HARADA
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant


ORDER:

APPROVED AND SO ORDERED:

Dated: February 6, 2014

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE